UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CAMERON K. MILLER,<br><br>    Plaintiff,<br><br>    v.<br><br>AVERTEST, LLC dba AVERHEALTH, a Commonwealth of Virginia limited liability company,<br><br>    Defendant. | Case No. 1:18-cv-00388-DCN<br><br>**ORDER OF DISMISSAL** |

Based upon the Stipulation of Dismissal filed by the parties in the instant case (Dkt. 20),

IT IS HEREBY ORDERED that:

1. This action is DISMISSED WITH PREJUDICE and CLOSED.

2. Each party will bear their own costs and attorney's fees.

DATED: August 14, 2019

_____
David C. Nye
Chief U.S. District Court Judge

ORDER OF DISMISSAL - 1